

## NUMBER 13-19-00047-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CHARLES MOORHEAD,                                                    Appellant,

v.

DAHLIA REYES, ET AL.,                                                    Appellees.

### On appeal from the 343rd District Court
### of Bee County, Texas.

# MEMORANDUM OPINION
**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Memorandum Opinion by Justice Benavides**

The appellant's brief in the above cause was due on April 8, 2019.   On April 15, 2019, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

GINA M. BENAVIDES,
Justice

Delivered and filed the
6th day of June, 2019.

2